UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY ANDERSON,<br>　　　　　　　Defendant. | **ORDER**<br><br>No. CR 11-00795 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK CAMPION,<br>　　　　　　　Defendant. | No. CR 11-00796 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES DOHERTY,<br>　　　　　　　Defendant. | No. CR 11-00797 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH GOODMAN,<br>　　　　　　　Defendant. | No. CR 11-00798 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG LIPTON,<br>　　　　　　　Defendant. | No. CR 11-00799 CRB |

ORDER TO
CONTINUE STATUS                                   1

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | |
| 2 | v. | No. CR 11-00800 CRB |
| 3 | TROY KENT, | |
| 4 | Defendant. | |
| 5 | UNITED STATES OF AMERICA | |
| 6 | | |
| 7 | v. | No. CR 11-00801 CRB |
| 8 | LAITH SALMA, | |
| 9 | Defendant. | |
| 10 | UNITED STATES OF AMERICA | |
| 11 | | |
| 12 | v. | No. CR 11-00802 CRB |
| 13 | HENRI PESSAH, | |
| 14 | Defendant. | |
| 15 | UNITED STATES OF AMERICA | |
| 16 | | |
| 17 | v. | No. CR 12-00300 CRB |
| 18 | MATTHEW WORTHING, Defendant. | |
| 19 | | |
| 20 | UNITED STATES OF AMERICA | |
| 21 | v. | No. CR 12-00301 CRB |
| 22 | | |
| 23 | LYDIA FONG, Defendant. | |
| 24 | | |
| 25 | UNITED STATES OF AMERICA | |
| 26 | v. | No. CR 12-00785 CRB |
| 27 | NORMAN MONTALVO, | |
| 28 | Defendant. | |

ORDER TO
CONTINUE STATUS                             2

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | |
| 2 | | |
| 3 | v. | No. CR 13-00069 CRB |
| 4 | GILBERT CHUNG, | |
| 5 | Defendant. | |
| 6 | UNITED STATES OF AMERICA | |
| 7 | | |
| 8 | v. | No. CR 13-00246 CRB |
| 9 | MOHAMMED REZAIAN, | |
| 10 | Defendant. | |
| 11 | UNITED STATES OF AMERICA | |
| 12 | | |
| 13 | v. | No. CR 13-00388 CRB |
| 14 | ROBERT WILLIAMS, | |
| 15 | Defendant. | |
| 16 | UNITED STATES OF AMERICA | |
| 17 | | |
| 18 | v. | No. CR 13-00587 CRB |
| 19 | DANIEL ROSENBLEDT, | |
| 20 | Defendant. | |
| 21 | UNITED STATES OF AMERICA | |
| 22 | | |
| 23 | v. | No. CR 13-00670 CRB |
| 24 | KUO HSUAN "CHUCK" CHANG, | |
| 25 | Defendant. | |
| 26 | UNITED STATES OF AMERICA | |
| 27 | | |
| 28 | v. | No. CR 13-00804 CRB |
| | MICHAEL NAVONE, | |
| | Defendant. | |

ORDER TO
CONTINUE STATUS                              3

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FLORENCE FUNG,<br>              Defendant. | No. CR 13-00805 CRB |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the November 16, 2016 status hearings in the above-captioned matters are continued to March 22, 2017 at 2:00 p.m.

DATED:  November 8, 2016

_____
THE HONORABLE CHARLES R. BREYER
United States Senior District Judge

ORDER TO
CONTINUE STATUS                                           4